UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MC 14-1154-UA (AGRx) | Date | August 7, 2015 |
|---|---|---|---|
| Title | Leo Harris v. CVS Pharmacy, Inc., et al. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge |
|---|---|

| Marine Pogosyan | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff | Attorneys Present for Defendants |
|---|---|

**Proceedings:**    **RE ORDER TO SHOW CAUSE**

On August 6, 2015, District Judge Birotte granted Defendant CVS Pharmacy's motion to dismiss the underlying action without prejudice for lack of subject matter jurisdiction. *Harris v. CVS Pharmacy, Inc.*, EDCV 13-2329 AB (AGRx).

This case was transferred to this court pursuant to Fed. R. Civ. P. 45 upon Plaintiff's motion to compel further responses to a subpoena issued to Lang Pharma Nutrition in the underlying action, *Harris v. CVS Pharmacy, Inc.*, EDCV 13-2329 AB (AGRx). (Exh. 1 to Fitzgerald Decl., Dkt. No. 3-1.)

There are two motions pending: (1) second motion for review of disputed claim of privilege (Dkt. No. 69); and (2) ex parte application to compel deposition of Lang Pharma and related relief (Dkt. No. 71). Both motions have related motions to seal various materials.

In light of the District Judge's dismissal of the underlying action, IT IS HEREBY ORDERED that:

1. The hearing date of August 11, 2015 on the two motions listed above is VACATED.

2. Counsel for Plaintiff and Defendant are ordered to show cause, on or before August 14, 2015, why this case should not be closed without prejudice to Plaintiff's ability to bring the two motions in the court that will hear the underlying action.

Initials of Preparer    mp