UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MC 14-1154-UA (AGRx) | Date | September 30, 2016 |
|---|---|---|---|
| Title | Leo Harris v. CVS Pharmacy, Inc., et al. | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Marine Pogosyan | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff | Attorneys Present for Defendants |
|---|---|

**Proceedings:**  (In Chambers) ORDER CLOSING CASE

On August 6, 2015, the court granted Defendant CVS Pharmacy's motion to dismiss the underlying action without prejudice for lack of subject matter jurisdiction. *Harris v. CVS Pharmacy, Inc.*, EDCV 13-2329 AB (AGRx).

In the underlying case, Plaintiff filed a motion to compel further responses to a subpoena to Lang Pharma Nutrition. (Exh. 1 to Fitzgerald Decl., Dkt. No. 3-1.) The motion was transferred to this court and assigned a miscellaneous case number, MC 14-1154 UA (AGRx).

On August 7, 2015, the court issued an order to show cause why this case should not be closed without prejudice in light of the District Judge's dismissal of the underlying action. (Dkt. No. 81.) Plaintiff filed a response. (Dkt. No. 82.)

IT IS HEREBY ORDERED that the case is closed and all pending motions are denied without prejudice in light of the District Judge's dismissal of the underlying action without prejudice for lack of subject matter jurisdiction.

| | Initials of Preparer | mp |
|---|---|---|